UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
98 MAY -1 PM 2: 37
CLERK, US DIST COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 92-189-CR-ORL-19
                                            (97-490-CIV-ORL-19)

HARLAN BLACKBURN,

    Defendant.

_____

## ORDER

The Court declines to issue a Certificate of Appealability in this case because Defendant has not made a substantial showing of the deprivation of any federal constitutional right.

DONE AND ORDERED in Chambers at Orlando, Florida, this 1st day of May, 1998.

PATRICIA C. FAWSETT
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 4/29
Counsel of Record
Harlan Blackburn

107